## PACA TRUST CHART

Claimant: Agromod Produce, Inc.  
Date: 06/01/09  
Debtor: LR Produce, Inc.  
Terms: Net 10 + 1.5% per mo. interest + atty fees

| INVOICE NUMBER | DATE OF TRANS. | PAYMENT DUE | NOTICE DATE | ELAPSED DAYS | INVOICE AMOUNT | CREDITS ALLOWED | BALANCE DUE | ACCRUED INTEREST* | INVOICE TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2397 | 09/22/08 | 10/02/08 | 09/22/08 | 242 | $ 5,184.00 | $ - | $ 5,184.00 | $ 655.74 | $ 5,839.74 | $ 5,839.74 |
| 2432 | 10/06/08 | 10/16/08 | 10/06/08 | 228 | $ 2,736.00 | $ 2,736.00 | $ - | $ - | $ - | $ - |
| 2435 | 10/08/08 | 10/18/08 | 10/08/08 | 226 | $ 4,560.00 | $ 1,500.00 | $ 3,060.00 | $ 336.13 | $ 3,396.13 | $ 3,396.13 |
| 2449 | 10/13/08 | 10/23/08 | 10/13/08 | 221 | $ 3,648.00 | $ 1,656.00 | $ 1,992.00 | $ 218.81 | $ 2,210.81 | $ 2,210.81 |
| 2471 | 10/15/08 | 10/25/08 | 10/15/08 | 219 | $ 5,328.00 | $ - | $ 5,328.00 | $ 585.25 | $ 5,913.25 | $ 5,913.25 |
| 2525 | 10/27/08 | 11/06/08 | 10/27/08 | 207 | $ 5,040.00 | $ - | $ 5,040.00 | $ 470.95 | $ 5,510.95 | $ 5,510.95 |
| 2545 | 10/30/08 | 11/09/08 | 10/30/08 | 204 | $ 1,920.00 | $ 1,584.00 | $ 336.00 | $ 31.40 | $ 367.40 | $ 367.40 |
| 2563 | 11/03/08 | 11/13/08 | 11/03/08 | 200 | $ 4,200.00 | $ - | $ 4,200.00 | $ 392.46 | $ 4,592.46 | $ 4,592.46 |
| 2608 | 11/10/08 | 11/20/08 | 11/10/08 | 193 | $ 3,360.00 | $ - | $ 3,360.00 | $ 313.97 | $ 3,673.97 | $ 3,673.97 |
| NSF-9229 | 11/23/08 | 12/03/08 | 11/23/08 | 180 | $ 30.01 | $ - | $ 30.01 | $ 2.80 | $ 32.81 | $ 32.81 |
| ** Collection Costs | | | | | | | | | | $ 11,038.13 |
| | | | | | | | | | | |
| TOTALS | | | | | $ 36,006.01 | $ 7,476.00 | $ 28,530.01 | $ 3,007.51 | $ 31,537.52 | $ 42,575.65 |

* Interest calculated through the date set forth above  
** Collection costs through date set forth above



EXHIBIT A

Blumberg No. 5119



## Agromod Produce, Inc
P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 9/22/2008 | 2397 |

| Bill To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| Ship To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A.,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, Tx | 10/13/2008 | Net 21 | 9/22/2008 | 2377 | 48060 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 205 | Papaya Blondie | 18.00 | 3,690.00 |
| 35 | Papaya Blondie | 18.00 | 630.00 |
| 48 | Papaya Blondie | 18.00 | 864.00 |

Total Boxes

| Total | $5,184.00 |
|---|---|
| Payments / Credits | $0.00 |
| Balance Due | $5,184.00 |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5% percent per month will be charged on past due account (18% annual percentage rate).
No claims accepted unless supported by USDA inspection within 24 hours from arrival. Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice. No adjustments of the above items will be honored unless we are notified as herein stated.



## Agromod Produce, Inc
P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/6/2008 | 2432 |

| Bill To | Ship To |
|---|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 | LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms; P.A.C.A, prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.# |
|---|---|---|---|---|---|
| McAllen, Tx | 10/27/2008 | Net 21 | 10/6/2008 | 2414 | 48235 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 144 | Papaya Blondie | 19.00 | 2,736.00 |

| 144 | Total Boxes |
|---|---|

| | |
|---|---|
| Total | $2,736.00 |
| Payments / Credits | $0.00 |
| Balance Due | $2,736.00 |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5% percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival. Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice. No adjustments of the above items will be honored unless we are notified as herein stated.



# Agromod Produce, Inc
P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/8/2008 | 2435 |

| Bill To | Ship To |
|---|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 | LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A.prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, Tx | 10/29/2008 | Net 21 | 10/8/2008 | 2422 | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 62 | Papaya Blondie | 19.00 | 1,178.00 |
| 96 | Papaya Blondie | 19.00 | 1,824.00 |
| 34 | Papaya Blondie | 19.00 | 646.00 |
| 33 | Papaya Blonde | 19.00 | 627.00 |
| 9 | Papaya Blonde | 19.00 | 171.00 |
| 6 | Papaya Blonde | 19.00 | 114.00 |

**240** Total Boxes

**Total**  $4,560.00

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**Payments / Credits**  $0.00

**Balance Due**  $4,560.00

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5% percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival. Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice. No adjustments of the above items will be honored unless we are notified as herein stated.



# Agromod Produce, Inc
P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/13/2008 | 2449 |

| Bill To |
|---|
| LR Produce, Inc |
| 16 Forest Parkway Bldg G, Units 4-7 |
| Forest Park, GA 30297 |
| (404)366-7091 |

| Ship To |
|---|
| LR Produce, Inc |
| 16 Forest Parkway Bldg G, Units 4-7 |
| Forest Park, GA 30297 |
| (404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, Tx | 11/3/2008 | Net 21 | 10/13/2008 | 2438 | 48336 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 143 | Papaya Blondie | 19.00 | 2,717.00 |
| 28 | Papaya Blondie | 19.00 | 532.00 |
| 21 | Papaya Blondie | 19.00 | 399.00 |

| 192 | Total Boxes |
|---|---|

| Total | $3,648.00 |
|---|---|
| Payments / Credits | $-1,656.00 |
| Balance Due | $1,992.00 |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Persishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5%.percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival.Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice.No adjustments of the above items will be honored unless we are notified as herein stated.

# Agromod Produce, Inc

P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/15/2008 | 2471 |

| Bill To | Ship To |
|---|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 | LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, TX | 11/5/2008 | Net 21 | 10/15/2008 | 2447 | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 58 | Papaya Blondie | 18.50 | 1,073.00 |
| 23 | Papaya Blondie | 18.50 | 425.50 |
| 16 | Papaya Blondie | 18.50 | 296.00 |
| 10 | Papaya Blondie | 18.50 | 185.00 |
| 8 | Papaya Blondie | 18.50 | 148.00 |
| 153 | Papaya Blondie | 18.50 | 2,830.50 |
| 2 | Papaya Blondie | 18.50 | 37.00 |
| 18 | Papaya Blondie | 18.50 | 333.00 |

288 Total Boxes

| | |
|---|---|
| Total | $5,328.00 |
| Payments / Credits | $0.00 |
| Balance Due | $5,328.00 |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5%.percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival. Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice. No adjustments of the above items will be honored unless we are notified as herein stated.



**Agromod Produce,Inc**
P.O. Box 8068
Hidalgo,TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/27/2008 | 2525 |

| Bill To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| Ship To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, Tx | 11/17/2008 | Net 21 | 10/27/2008 | 2513 | 48509 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 71 | Papaya Blondie | 17.50 | 1,242.50 |
| 84 | Papaya Blondie | 17.50 | 1,470.00 |
| 133 | Papaya Blondie | 17.50 | 2,327.50 |

| 288 | Total Boxes |
|---|---|

| Total | $5,040.00 |
|---|---|
| Payments / Credits | $0.00 |
| **Balance Due** | **$5,040.00** |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Persishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5%.percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival.Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice.No adjustments of the above items will be honored unless we are notified as herein stated.



**Agromod Produce, Inc**
P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/30/2008 | 2545 |

| Bill To | Ship To |
|---|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 | LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, Tx | 11/20/2008 | Net 21 | 10/30/2008 | 2532 | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 55 | Papaya Blondie | 8.00 | 440.00 |
| 16 | Papaya Blondie | 8.00 | 128.00 |
| 5 | Papaya Blondie | 8.00 | 40.00 |
| 16 | Papaya Blondie | 8.00 | 128.00 |
| 7 | Papaya Blondie | 8.00 | 56.00 |
| 9 | Papaya Blondie | 8.00 | 72.00 |
| 6 | Papaya Blondie | 8.00 | 48.00 |
| 30 | Papaya Blondie | 8.00 | 240.00 |
| 11 | Papaya Blondie | 8.00 | 88.00 |
| 7 | Papaya Blondie | 8.00 | 56.00 |
| 16 | Papaya YaYa | 8.00 | 128.00 |
| 22 | Papaya YaYa | 8.00 | 176.00 |
| 37 | Papaya Blondie | 8.00 | 296.00 |
| 3 | Papaya Blondie | 8.00 | 24.00 |

**240** Total Boxes

**Total** $1,920.00

**Payments / Credits** $-1,584.00

**Balance Due** $336.00

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5%.percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival. Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice. No adjustments of the above items will be honored unless we are notified as herein stated.



**Agromod Produce,Inc**
P.O. Box 8068
Hidalgo,TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 11/3/2008 | 2563 |

| Bill To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| Ship To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, Tx | 11/24/2008 | Net 21 | 11/3/2008 | 2554 | 48592 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 240 | Papaya Blondie | 17.50 | 4,200.00 |

| 240 | Total Boxes |
|---|---|

| Total | $4,200.00 |
|---|---|
| Payments / Credits | $0.00 |
| **Balance Due** | **$4,200.00** |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Persishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5%.percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival.Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice.No adjustments of the above items will be honored unless we are notified as herein stated.



**Agromod Produce, Inc**
P.O. Box 8068
Hidalgo, TX 78557
PH#:(956)618-2139
FX#:(956)618-2138

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 11/10/2008 | 2608 |

| Bill To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| Ship To |
|---|
| LR Produce, Inc<br>16 Forest Parkway Bldg G, Units 4-7<br>Forest Park, GA 30297<br>(404)366-7091 |

| F.O.B. | Due Date | Terms;P.A.C.A,prompt as defined in 7 CFR & 46.2(aa) | Ship Date | S.O. No. | P.O.#: |
|---|---|---|---|---|---|
| McAllen, TX | 12/1/2008 | Net 21 | 11/10/2008 | 2592 | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 144 | Papaya Blondie | 17.50 | 2,520.00 |
| 48 | Papaya Blondie | 17.50 | 840.00 |

| 192 | Total Boxes |
|---|---|

| | |
|---|---|
| Total | $3,360.00 |
| Payments / Credits | $0.00 |
| **Balance Due** | **$3,360.00** |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Should any action be commenced concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party shall be entitled an award of actual attorney's fees and costs incurred.

1.5%.percent per month will be charged on past due account (18% annual percentage rate).

No claims accepted unless supported by USDA inspection within 24 hours from arrival.Any variance noted by receiver as to quantity or priced must be brought to our attention within 24 hours after receipt of invoice.No adjustments of the above items will be honored unless we are notified as herein stated.



## Agromod Produce, Inc

PO Box 8068
Hidalgo, TX 78557
PH:(956)618-2139
FX:(956)618-2138

# Invoice

| Date | Invoice # |
|---|---|
| 11/23/2008 | NSF-9229 |

**Bill To**

LR Produce, Inc
16 Forest Parkway Bldg G, Units 4-7
Forest Park, GA 30297
(404)366-7091

| No. De Factura | Terms | No De Carro | No. Economico |
|---|---|---|---|
|  | Due on receipt |  |  |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Bad Check Charge | 1 | NSF-Bad Check Charge - for Check 9229 used to pay Inv 2432 So 2414 | 30.01 | 30.01 |

**Total**  $30.01